TIMOTHY F. CLARY *vs.* WILLIAM W. THOMAS & another.

In an action on a promissory note, alleged to have been made payable to B. or order and
duly indorsed to the plaintiff, the proof was of a note corresponding with the copy an-
nexed to the declaration, save that it bore the indorsement of B., a revenue stamp, and
a memorandum of protest. *Held*, no variance.

CONTRACT. The declaration alleged that " the defendants
made a promissory note, a copy whereof is hereto annexed, pay-
able to one Betsey S. Besse, or order, and the same was duly
indorsed and transferred to the plaintiff." At the trial in the
superior court, the plaintiff offered in evidence a note precisely
corresponding with the copy annexed to the declaration, save
that it bore an indorsement by Besse, and on its face a revenue
stamp, and a memorandum of protest and notice, signed by a
notary, none of which were in the copy. The defendants ob-
jected to its admission on the ground of variance; but *Wilkin-
son*, J., admitted it. The verdict was for the plaintiff, and the
defendants alleged exceptions. Other exceptions taken by the
defendants were waived at the argument.

*E. L. Barney*, for the defendants.

*T. M Stetson*, for the plaintiff, was not called upon.

GRAY, J. The objection of variance between the declaration
and the proof, which is the only one argued, is not supported by
the case stated in the bill of exceptions. The practice act pro-
vides that " all written instruments, except policies of insurance,
shall be declared on by setting out a copy or such part as is
relied on, or the legal effect thereof, with proper averments to
describe the cause of action." Gen. Sts. *c.* 129, § 2, *cl.* 9. The
declaration in this case sets out a copy of the note made by the

defendant, and the legal effect of its indorsement to the plaintiff. The note and indorsement offered in evidence corresponded with the declaration.                    *Exceptions overruled.*